TOMMIE ELIZABETH HUNTT, Appellant, v. THE JOHNSTON & COLLINS Co. and THE TRAVELERS INSURANCE COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MINNA ACKERMAN, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.